UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND (PROVIDENCE)

In re:  
Gordon M. Dwane

Chapter 13  
Case No.: 16-10686

    Debtor

_____/

## **CONSENT ORDER**

This matter having come before the Court on the motions of US Bank Trust National Association, as Trustee of the Cabana Series III Trust (together with its predecessors, successors, affiliates, principals, and assigns "Creditor") for relief from stay with respect to that property located at 56 Job Street, Providence, RI 02904and, pursuant to agreement of Creditor and Gordon M. Dwane ("Debtor"), it is agreed as follows:

1) Good through March 5, 2020, the total payoff on the subject loan is $12,635.44.

2) Debtor agrees to make the following payments to Creditor:

    a) Payment of $6,317.72 on or before March 15, 2020;
    b) Payment of $574.42 on or before April 15, 2020;
    c) Payment of $574.33 on or before May 15, 2020;
    d) Payment of $574.33 on or before June 15, 2020;
    e) Payment of $574.33 on or before July 15, 2020;
    f) Payment of $574.33 on or before August 15, 2020;
    g) Payment of $574.33 on or before September 15, 2020;
    h) Payment of $574.33 on or before October 15, 2020;
    i) Payment of $574.33 on or before November 15, 2020;
    j) Payment of $574.33 on or before December 15, 2020;
    k) Payment of $574.33 on or before January 15, 2021;
    l) Payment of $574.33 on or before February 15, 2021;

3) If Creditor does not receive one or more of the payments as set forth in Paragraphs 2 then Creditor shall be entitled to file a Certificate of Noncompliance with this Court on the tenth (10th) day following the mailing of a Notice of Default to (1) Debtor and (2) Debtor's Attorney.

**UPON THE FILING OF THE CERTIFICATE OF NONCOMPLIANCE, AND AFTER NOTICE AND AN OPPORTUNITY FOR HEARING, CREDITOR'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY MAY BE GRANTED PURSUANT TO 11 U.S.C. §362(d) AND §1301(c) FOR CAUSE FOR FAILURE TO MAKE POST-PETITION PAYMENTS.**

| Creditor, | Debtor |
|---|---|
| by its Attorney | by his Attorney |
| /s/ Joseph M. Dolben | /s/ Edward J. Gomes |
| Joseph M. Dolben, Esq. 7916 | Edward J. Gomes, Esq. |
| Marinosci Law Group, P.C. | 3457 Post Road |
| 275 West Natick Road, Suite 500 | Warwick, RI 02886 |
| Warwick, RI 02886 | (401) 521-5170 |
| (401) 234-9200 | Fax : (401) 738-5791 |
| Email: jdolben@mlg-defaultlaw.com | Email: attyejg@yahoo.com |
| Dated: March 3, 2020 | Dated: March 3, 2020 |

Consent Order Approved on this __3rd__ day of __March__, 2020.

_Diane Finkle_ 03/03/2020
_____
Honorable Diane Finkle
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND (PROVIDENCE)

In re:  
Gordon M. Dwane

Chapter 13  
Case No.: 16-10686

Debtor
_____/

### CERTIFICATE OF SERVICE

I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on March 3, 2020 I served a copy of the Consent Order on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

Signed this 3rd day of March 2020.

/s/ Joseph Dolben, Esq.  
Joseph Dolben, Esq., #7916  
Marinosci Law Group, P.C.  
275 West Natick Road, Suite 500  
Warwick, RI 02886  
Telephone: (401) 234-9200

VIA ECF  
Edward J. Gomes, Esq., on behalf of Debtor  
Gary L Donahue, Esq., on behalf of U.S. Trustee  
John Boyajian, Esq. on behalf of the Trustee  
Tatyana P. Tabachnik, Esq. on behalf of Federal National Mortgage Association  
Raymond Valderrama, Esq. on behalf of Chalet Properties III, LLC

VIA US MAIL  
Gordon M. Dwane  
56 Job Street  
Providence, RI 02904