| Fill in this information to identify the case: |
| --- |

| Debtor 1 | Gordon M Dwane |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of __RI__ (State) |
| Case number | 16-10686 |

## Form 4100R

# Response to Notice of Final Cure Payment                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of creditor:** Chalet Properties, III c/o BSI Financial Servicing

**Court claim no.** (if known):
__5-1__

**Last 4 digits** of any number you use to identify the debtor's account:   _2_  _3_  _1_  _3_

**Property address:**
_____
Number        Street

56 Job Street

Providence, RI 02904
City                    State      ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
| --- | --- |

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:           $ _____

| **Part 3:** | **Postpetition Mortgage Payment** |
| --- | --- |

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/_____
                                                                MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                              (a)  $ 9,177.59

b.  Total fees, charges, expenses, escrow, and costs outstanding:      + (b)  $ 2,631.00

c.  **Total.** Add lines a and b.                                          (c)  $ 11,808.59

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    08 / 01 / 2019
                                                                     MM / DD / YYYY

| Debtor 1 | Gordon M Dwane | | | | | Case number *(if known)* | 16-10686 |
|---|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | | |

---

**Part 4:**   **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**   **Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✗ /s/Joseph M Dolben, Esq | | | Date | 02 / 14 / 2020 |
|---|---|---|---|---|
| Signature | | | | |

| Print | Joseph M Dolben | | | Title | Bankruptcy Attorney |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Marinosci Law Group, P.C. |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | | |
|---|---|---|
| | Number | Street |
| | City | State   ZIP Code |

| Contact phone | ( 401 ) 234   9200 | Email | jdolben@mlg-defaultlaw.com |
|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND (PROVIDENCE)

In re:                                                Chapter 13

      Gordon M. Dwane                          Case No.: 16-10686
          Debtor

_____/

### CERTIFICATE OF SERVICE

        I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on February 14, 2020, I served a copy of the Response to Final Cure on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

        Signed this 14th day of February, 2020.

                                /s/ Joseph Dolben, Esq._____
                                Joseph Dolben, Esq., #673113
                                Marinosci Law Group, P.C.
                                275 West Natick Road, Suite 500
                                Warwick, RI 02886
                                Telephone: (401) 234-9200

VIA ECF
Edward J. Gomes, Esq., on behalf of Debtor
Gary L Donahue, Esq., on behalf of U.S. Trustee
John Boyajian, Esq. on behalf of the Trustee
Tatyana P. Tabachnik, Esq. on behalf of Federal National Mortgage Association
Raymond Valderrama, Esq. on behalf of Chalet Properties III, LLC

VIA US MAIL
Gordon M. Dwane
56 Job Street
Providence, RI 02904

| BK Case | #REF! | |
|---|---|---|
| BK Filing Date | #REF! | * Prior to 12/2011 payment changes were not required to |
| First Post date | 5/1/2016 | claim |

| Date Rcvd | Amount Rcvd/Rvd | Amount Due | Due Date | Suspense |
|---|---|---|---|---|
| 7/12/2016 | $1,053.00 | | | $ 1,053.00 |
| 8/3/2016 | $1,053.00 | $1,231.87 | 5/1/2016 | $ 874.13 |
| 9/1/2016 | $1,053.88 | $1,231.87 | 6/1/2016 | $ 696.14 |
| 10/3/2016 | $1,053.88 | $1,231.87 | 7/1/2016 | $ 518.15 |
| 11/2/2016 | $1,053.88 | $1,231.87 | 8/1/2016 | $ 340.16 |
| 12/12/2016 | $1,053.88 | $1,231.87 | 9/1/2016 | $ 162.17 |
| 1/4/2017 | $1,053.88 | | | $ 1,216.05 |
| 1/31/2017 | $1,053.88 | $1,231.87 | 10/1/2016 | $ 1,038.06 |
| 3/30/2017 | $1,053.00 | $1,231.87 | 11/1/2016 | $ 859.19 |
| 5/31/2017 | $1,053.88 | $1,231.87 | 12/1/2016 | $ 681.20 |
| 7/31/2017 | $1,053.88 | $1,231.87 | 1/1/2017 | $ 503.21 |
| 8/31/2017 | $1,053.88 | $1,231.87 | 2/1/2017 | $ 325.22 |
| 10/31/2017 | $1,053.88 | $1,231.87 | 3/1/2017 | $ 147.23 |
| 1/3/2018 | $1,153.88 | $1,231.87 | 4/1/2017 | $ 69.24 |
| 3/31/2018 | $1,053.88 | | | $ 1,123.12 |
| 6/4/2018 | $1,053.88 | $1,231.87 | 5/1/2017 | $ 945.13 |
| 1/14/2019 | $1,105.21 | $1,233.84 | 6/1/2017 | $ 816.50 |
| 2/4/2019 | $1,105.21 | $1,233.84 | 7/1/2017 | $ 687.87 |
| 3/15/2019 | $1,105.21 | $1,233.84 | 8/1/2017 | $ 559.24 |
| 4/16/2019 | $1,105.00 | $1,233.84 | 9/1/2017 | $ 430.40 |
| 5/16/2019 | $1,105.21 | $1,233.84 | 10/1/2017 | $ 301.77 |
| 6/17/2019 | $1,105.21 | $1,233.84 | 11/1/2017 | $ 173.14 |
| 8/1/2019 | $1,105.21 | $1,233.84 | 12/1/2017 | $ 44.51 |
| 9/16/2019 | $1,105.21 | $1,233.84 | 1/1/2018 | $ -84.12 |
| 10/14/2019 | $1,105.21 | $1,233.84 | 2/1/2018 | $ -212.75 |
| 10/22/2019 | $13,583.00 | $1,233.84 | 3/1/2018 | $ 12,136.41 |
| | | $1,233.84 | 4/1/2018 | $ 10,902.57 |
| | | $1,218.75 | 5/1/2018 | $ 9,683.82 |
| | | $1,218.75 | 6/1/2018 | $ 8,465.07 |
| | | $1,218.75 | 7/1/2018 | $ 7,246.32 |
| | | $1,218.75 | 8/1/2018 | $ 6,027.57 |
| | | $1,218.75 | 9/1/2018 | $ 4,808.82 |
| | | $1,218.75 | 10/1/2018 | $ 3,590.07 |
| | | $1,218.75 | 11/1/2018 | $ 2,371.32 |
| | | $1,218.75 | 12/1/2018 | $ 1,152.57 |
| 10/31/2019 | $1,223.84 | $1,218.75 | 1/1/2019 | $ 1,157.66 |
| 11/8/2019 | $1,223.80 | $1,218.75 | 2/1/2019 | $ 1,162.71 |
| 11/15/2019 | $1,223.80 | $1,218.75 | 3/1/2019 | $ 1,167.76 |
| 11/21/2019 | $1,223.80 | $1,218.75 | 4/1/2019 | $ 1,172.81 |
| 12/9/2019 | $2,000.00 | $1,218.75 | 5/1/2019 | $ 1,954.06 |
| 12/30/2019 | $2,000.00 | $1,218.75 | 6/1/2019 | $ 2,735.31 |
| 1/29/2020 | $2,000.00 | $1,218.75 | 7/1/2019 | $ 3,516.56 |

| | | | | |
|---|---|---|---|---|
| | | $1,813.45 | 8/1/2019 | $ 1,703.11 |
| | | $1,813.45 | 9/1/2019 | $ -110.34 |
| | | $1,813.45 | 10/1/2019 | $ -1,923.79 |
| | | $1,813.45 | 11/1/2019 | $ -3,737.24 |
| | | $1,813.45 | 12/1/2019 | $ -5,550.69 |
| | | $1,813.45 | 1/1/2020 | $ -7,364.14 |
| | | $1,813.45 | 2/1/2020 | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |
| | | | | $ -9,177.59 |